## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**RONNIE DAVIS WALLS, #100739**                                                    **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 5:06-cv-188-DCB-MTP**

**CLIFTON KAHOE, et al.**                                                          **DEFENDANTS**

<u>ORDER</u>

The Plaintiff, an inmate of the Mississippi Department of Corrections (MDOC),

currently incarcerated in the Central Mississippi Correctional Facility, Pearl, Mississippi,

filed this complaint pursuant to 42 U.S.C. § 1983. The named defendants are: Clifton

Kahoe, Warden; and M. Robertson, transportation officer. The Plaintiff's allegations

revolve around a car accident that occurred while he was a passenger in a MDOC vehicle.

In addition, it appears the Plaintiff may be asserting claims regarding his medical care.

However, the Plaintiff has failed to name any specific defendants involved in the alleged

medical care claims. The Plaintiff will be directed to file a written response to provide

additional information to the Court. It is hereby,

ORDERED:

1. That within 20 days of this date plaintiff shall file a written response to:

(a) specifically state how defendant Clifton Kahoe violated Plaintiff's constitutional rights;

(b) specifically state how defendant M. Robertson violated Plaintiff's constitutional rights;

and (c) specifically state if the Plaintiff is naming any additional defendants in this cause. If

so, the Plaintiff is directed to state the full name and complete mailing address of each newly

named defendant along with specific allegations of how each newly named defendant was involved in the alleged denial of his constitutional rights.

2.  **The Plaintiff is warned that a failure to advise this Court of a change of address or a failure to timely comply with any order of this Court may result in this cause being dismissed without further notice to the Plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS, the <u>5th</u> day of April, 2007.


<u>s/Michael T. Parker</u>
UNITED STATES MAGISTRATE JUDGE