IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RONNIE DAVIS WALLS                                           PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:06cv188-MTP

CLIFTON KAHO, ET AL.                                     DEFENDANTS

## JUDGMENT

This cause having come before the court on a Motion for Summary Judgment filed by Defendant Wexford Health Sources, Inc. [159] and a Motion for Summary Judgment filed by Defendants Donna Foster, Dr. Joseph Blackston and Dr. Rochel Walker [163], and decisions having been duly rendered by separate Memorandum Opinions and Orders [168] [169],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE and that all other pending motions, if any, are dismissed as moot.

THIS, the 9th day of April, 2009.

_____
United States Magistrate Judge

1